UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Xing Liu, | Case No. 17-cv-5144 (WMW/TNL) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Elaine Duke, Acting DHS Secretary, and Jeff Sessions, US AG, | |
| Defendants. | |

This matter is before the Court on the July 12, 2018 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (Dkt. 27.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 12, 2018 Report and Recommendation, (Dkt. 27), is **ADOPTED**;

2. Defendants' motion to dismiss, (Dkt. 12), is **GRANTED**; and

3. Plaintiff Xing Liu's complaint, (Dkt. 1), is **DISMISSED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 31, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge